IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELIZABETH MCQUITTY and WILLIS MULLINS,

    Plaintiffs,

v.                                                                                          No. 13-932 MCA/GBW

TROPICANA ENTERTAINMENT, INC.,
d/b/a Tropicana Laughlin,

    Defendant.

## ORDER GRANTING IN PART DEFENDANT'S
## MOTION FOR PROTECTIVE ORDER

    This matter comes before the Court on Defendant's Motion for Protective Order. *Doc. 70*. The Court held a hearing on this matter on June 25, 2014. *Doc. 74*. Having reviewed the Motion and heard argument from both sides, the Court GRANTS IN PART and DENIES IN PART Defendant's Motion.

    Defendant has requested that the Court "enter a protective order that the depositions of Sherri Chambers, David Aguirre, Dawn Luken, James Lafferty, and John Guerra not be held," on the ground that Plaintiffs should be limited to five discovery depositions pursuant to Judge Torgerson's January 9, 2014 Order Setting Case Management Deadlines (*doc. 34*). *Doc. 70* at 4. At the hearing, Plaintiffs asked for an extension of time to take depositions and requested that they be allowed additional depositions beyond the five permitted in the order. *Doc. 74* at 2. Defendant further

asked the Court to require that all depositions be held during a single trip in order to avoid accumulating needless costs and attorney fees. *Id*. The Court has considered the arguments on both sides and rules as follows.

IT IS HEREBY ORDERED that Plaintiffs be permitted one additional deposition for a total of six discovery depositions. Unless otherwise agreed between the parties, the five depositions of Tropicana personnel shall be taken in Laughlin, Nevada, on July 9-10, 2014. Barring a contrary agreement between the parties, Plaintiffs' deposition of the EcoLab personnel and final depositions by Defendant shall be held as scheduled between the parties but no later than July 31, 2014.

IT IS FURTHER ORDERED that Plaintiffs shall provide Defendant with a copy of their provisional trial witness list by no later than July 15, 2014.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE